IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASUNCION PURSER, | |
| Petitioner, | |
| v. | Misc. No. _____ |
| ALVOGEN, INC., | |
| Respondent. | |

## PETITIONER'S MOTION TO QUASH SUBPOENA

Asuncion Purser ("Petitioner") hereby moves for an Order quashing the deposition subpoena issued by Alvogen, Inc. ("Respondent") in connection with *Otsuka Pharm. Co., Ltd. v. Apotex et al*., 24-cv-1004-JLH (D. Del.) (consolidated). Support for this Motion is set forth in the Opening Brief filed contemporaneously herewith.

{02200905;v1 }

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
amayo@ashbygeddes.com

*Of Counsel:*

*Attorneys for Petitioner Asuncion Purser*

James B. Monroe
Erin M. Sommers
Paul W. Browning
Jennifer H. Roscetti
Jeanette M. Roorda
Melanie Magdun
A. Sasha Hoyt
Emma L. Capitanelli
C. Collette Corser
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000
james.monroe@finnegan.com
erin.sommers@finnegan.com
paul.browning@finnegan.com
jennifer.roscetti@finnegan.com
jeanette.roorda@finnegan.com
melanie.magdun@finnegan.com
sasha.hoyt@finnegan.com
emma.capitanelli@finnegan.com
collette.corser@finnegan.com

Dated:  January 27, 2026

{02200905;v1 }